**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BRAD WILCOX, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-779-JDK-JDL |
| | § | |
| JIM SKINNER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Petitioner Brad Wilcox, a pretrial detainee proceeding pro se, filed this federal petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for disposition.

On August 24, 2026, Judge Love issued a Report and Recommendation recommending that the petition for writ of habeas corpus be dismissed without prejudice under the *Younger v. Harris*, 401 U.S. 37 (1971), abstention doctrine, or, alternatively, for failure to exhaust available state remedies. Docket No. 29. The Report also recommended that a certificate of appealability be denied. *Id.* No objections to the Report have been filed, and the time period for filing objections has passed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Petitioner did not object in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 29) as the findings of this Court. Petitioner's petition for a writ of habeas corpus is hereby **DISMISSED without prejudice**. All pending motions are **DENIED as moot**. Further, the Court **DENIES** a certificate of appealability.

So **ORDERED** and **SIGNED** this **16th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE